Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3287 | **DATE** | 8/5/2004 |
| **CASE TITLE** | LOIS JONES vs. MARIAM HARRISON | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Plaintiff's motion to vacate is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | 8/06/04 date docketed | |
| ✓ | Docketing to mail notices. | | | 12 |
| | Mail AO 450 form. | | G.Y. docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | date mailed notice | |
| LG | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOIS JONES,            )
                       )
       Plaintiff,      )
                       )
   v.                  )   No. 04 C 3287
                       )
MARIAM HARRISON,       )
                       )
       Defendant.      )

## MEMORANDUM OPINION AND ORDER

Plaintiff Lois Jones brought suit against defendant Mariam Harrison alleging slander, conspiracy, and civil rights violations pursuant to 42 U.S.C. § 1983.[1] On May 13, 2004, the court denied plaintiff's petition to proceed *in forma pauperis* and, on May 27, 2004, denied her motion to reconsider that decision. On August 3, 2004, she filed a motion to vacate the order of May 13 which, for the following reasons, is denied.

Setting aside any procedural defects in plaintiff's motion, she fails to present any new arguments as to why the May 13 order should be vacated. In paragraph 4 of the motion, plaintiff claims that the denial of her petition was erroneous because she stopped receiving social security benefits on March 1, 2004. As noted in the order denying the motion to reconsider, the denial of her petition was based on the merits of her complaint, not her financial status. In paragraphs 8 and 9 of this motion, plaintiff claims that defendant is not protected by absolute immunity because she is not alleging wrongdoing on the bench, but rather is alleging wrongful acts by the defendant in her personal capacity. This contention is

---

[1] For a complete discussion of the facts alleged by plaintiff, see the memorandum opinion and order dated May 13, 2004 denying plaintiff's petition to proceed *in forma pauperis*.

belied by the complaint itself. As noted in the two previous orders, all of the conduct alleged by plaintiff was "pertinent to pending litigation." *See* McCutcheon v. Moran, 425 N.E.2d 1130 (1981). Even reading plaintiff's complaint liberally and treating all of her allegations as true, the defendant is absolutely immune from all claims.

## CONCLUSION

For the foregoing reasons, plaintiff's motion to vacate is denied.

*[signature]*
JAMES B. MORAN
Senior Judge, U.S. District Court

August 5, 2004