Minute Order Form (06/97)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3287 | **DATE** | 10/5/2004 |
| **CASE TITLE** | LOIS JONES vs. MARIAM HARRISON | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Plaintiff's motion to reconsider is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | OCT 06 2004 | |
| | Notified counsel by telephone. | | date docketed | 14 |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| LG | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOIS JONES, )
)
      Plaintiff, )
)
vs. ) No: 04 C 3287
)
MARIAM HARRISON, )
)
      Defendant. )

DOCKETED
OCT - 6 2004

## MEMORANDUM OPINION AND ORDER

Plaintiff Lois Jones entitles her most recent motion to reconsider our decision denying her petition to proceed *in forma pauperis,* her "Final Motion to Reconsider." One can only hope. The record reveals plaintiff's penchant for filing motions to reconsider and motions to vacate. This motion, plaintiff's fourth attempt to vacate our ruling, incorrectly identifies the case number as "03C7330." In fact, that is the number for another case brought by plaintiff, which is before Judge Guzman. On the same day that we denied plaintiff's last motion for reconsideration in this case, Judge Guzman also denied a motion for reconsideration filed by plaintiff in that case. In his minute order denying plaintiff's motion, Judge Guzman cautioned plaintiff that any further motions to reconsider would be summarily denied. As we have sufficiently explained the basis for our decision in our previous opinions, *see* Memorandum Opinion and Orders dated May 13, 2004, May 27, 2004, August 6, 2004, and September 16, 2004, and plaintiff again failing to state any basis for reconsideration, *see* Bordelon v. Chicago School Reform Board of Trustees, 233 F.3d 524, 529 (7th Cir. 2000), we once more deny her motion and alert her that any such future motions will be summarily denied.

## CONCLUSION

Plaintiff's motion to reconsider is denied.

                                                                            *James B. Moran*
                                                                            JAMES B. MORAN
                                                                            Senior Judge, U. S. District Court

Oct. 5, 2004.