# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 3287 | **DATE** | 10/18/2004 |
| **CASE TITLE** | LOIS JONES vs. MARIAM HARRISON | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Plaintiff's motion for leave to appeal in forma pauperis is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | OCT 2 0 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 14 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| | | | date mailed notice | |
| LG | courtroom deputy's initials | | | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOIS JONES, )
)
       Plaintiff, )
)
  vs. ) No. 04 C 3287
)
MARIAM HARRISON, )
)
       Defendant. )

DOCKETED
OCT 2 0 2004

## MEMORANDUM OPINION AND ORDER

Plaintiff Lois Jones brought this *pro se* action against defendant Cook County Probate Judge Miriam Harrison, alleging slander, conspiracy, violation of rights under the Fourteenth Amendment, and violation of 42 U.S.C. § 1983. We denied plaintiff's petition to proceed *in forma pauperis* and her four successive motions to reconsider. *See* Jones v. Harrison, 2004 WL 1088232 (N.D.Ill. 2004); Jones v. Harrison, 2004 WL 1199568 (N.D.Ill. 2004); Jones v. Harrison, 2004 WL 1803355 (N.D.Ill. 2004); Jones v. Harrison, 2004 WL 2095646 (N.D.Ill. 2004); Jones v. Harrison, 2004 WL 2260639 (N.D.Ill. 2004). Plaintiff has now filed a "Notice of Appeal." We understand this as a petition for leave to appeal *in forma pauperis* our decision to deny her original petition.

An appeal may not be taken *in forma pauperis* if the trial court certifies that it is not taken in good faith. 28 U.S.C. § 1915(a). The Seventh Circuit has cautioned that it is "presumptively erroneous" for a court to grant leave to appeal *in forma pauperis* after dismissing a suit as frivolous. Hains v. Washington, 131 F.3d 1248, 1250 (7th Cir. 1997)(citing Tolefree v. Cudahy, 49 F.3d 1243, 1244 (7th Cir. 1995)). Nonetheless, "[e]xceptional cases may arise in which a district court grants leave to appeal *in forma pauperis* to a plaintiff who



appeals a close question under § 1915A in good faith." Hains, 131 F.3d at 1250. As our previous decisions on plaintiff's various motions to reconsider make clear, this is not one of those exceptional cases. Plaintiff has failed to state any basis for appeal in her new motion. For the reasons stated in our previous decisions in this case, we find that this appeal lacks an arguable basis and deny plaintiff leave to appeal *in forma pauperis*.

## CONCLUSION

Plaintiff's motion for leave to appeal *in forma pauperis* is denied.

_____<br>
JAMES B. MORAN<br>
Senior Judge, U. S. District Court

Oct. 18, 2004.