IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOIS JONES, | ) |
| Plaintiff-Appellant, | ) |
| vs. | ) No.04 C 3287 |
| MARRIAM HARRISON, | ) |
| Defendant-Appellee, | ) |

## MEMORANDUM OPINION AND ORDER

Plaintiff's motion for leave to appeal *in forma pauperis* has been referred by the Court of Appeals to this court. The motion is denied.

On September 12, 2006, this court, for the seventh time, denied plaintiff's motion to vacate. The original dismissal goes back to 2004. Plaintiff has appealed before, and her petition for leave to appeal *in forma pauperis* was denied by the court and the Court of Appeals. Still unwilling to take "no" for an answer, plaintiff again sought relief, this time before Judge Shadur, while this judge was not sitting. That was denied on October 18, 2006. We say again, the defendant has judicial immunity.

JAMES B. MORAN
Senior Judge, U. S. District Court

Nov. 14, 2006.